UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2015 SEP 29 A 11:09

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) INFORMATION |
| v. | ) |
| | ) Criminal No. 1:15-po-00005-JCN |
| DUSHKO VENELINOV VULCHEV | ) (18 U.S.C. § 112(b)(1)) |
| | ) |
| | ) |

## COUNT ONE
(Threat to Foreign Official)

On about February 5, 2015, in the District of Maine and elsewhere, defendant

**DUSHKO VENELINOV VULCHEV**

knowingly and willfully did intimidate, threaten, and harass a foreign official, namely, K.G., a Vice-President of the European Commission.

The defendant thus violated Title 18, United States Code, Section 112(b)(1).

DATE: September 28, 2015

ANDREW MCCORMACK
ASSISTANT UNITED STATES ATTORNEY

1