**Synopsis**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
1:15-po-00005-JCN
2015 SEP 29 A 11: 10
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| **Name:** | | Dushko Venelinov Vulchev |
| **Address:** (City & State Only) | | Houlton, Maine |
| **Year of Birth and Age:** | | 1976; 38 |
| **Violations:** | Count 1: | 18 U.S.C. § 112(b)(1); Threat to Foreign Official |
| **Penalties:** | Count 1: | Not more than six (6) months imprisonment, not more than $500, or both, 18 U.S.C. § 112(b)(1) and § 3571(b)6) ; Class B Misdemeanor, 18 U.S.C. § 3559(a)(7) |
| **Supervised Release:** | Count: | Not more than one (1) year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than one (1) year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1: | Not more than one year less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | | Marvin Glazier |
| **Primary Investigative Agency and Case Agent Name:** | | FBI Special Agent Glenn Barnes |
| **Detention Status:** | | Currently detained |
| **Foreign National:** | | Dual U.S. and Bulgarian citizenship |
| **Foreign Consular Notification Provided:** | | Yes |
| **County:** | | Aroostook |
| **AUSA:** | | Andrew McCormack |
| **Guidelines apply? Y/N** | | No |
| **Victim Case:** | | Yes |
| **Corporate Victims Owed Restitution:** | | None |

| Assessments: | $25 per count.  18 U.S.C. § 3013. |
|---|---|