## Revised Synopsis

| | | |
|---|---|---|
| Name: | | Dushko Venelinov Vulchev |
| Address: (City & State Only) | | Houlton, Maine |
| Year of Birth and Age: | | 1976; 38 |
| Violations: | Count 1: | 18 U.S.C. § 112(b)(1); Threat to Foreign Official |
| Penalties: | Count 1: | Not more than six (6) months imprisonment, not more than $500, or both, 18 U.S.C. § 112(b)(1) and § 3571(b)6; Class B Misdemeanor, 18 U.S.C. § 3559(a)(7) |
| Supervised Release: | Count: | N/A – Petty Offense. 18 U.S.C. § 3583(b)(3). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count 1: | N/A. |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Counts 1: | N/A |
| Defendant's Attorney: | | Marvin Glazier |
| Primary Investigative Agency and Case Agent Name: | | FBI Special Agent Glenn Barnes |
| Detention Status: | | Currently detained |
| Foreign National: | | Dual U.S. and Bulgarian citizenship |
| Foreign Consular Notification Provided: | | Yes |
| County: | | Aroostook |
| AUSA: | | Andrew McCormack |
| Guidelines apply? Y/N | | No |
| Victim Case: | | Yes |
| Corporate Victims Owed Restitution: | | None |

| **Assessments:** | | $10 per count.  18 U.S.C. § 3013. |