UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 1:15-PO-00005-JCN |
| | ) | |
| Dushko Venelinov Vulchev, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action entered on October 5, 2015 has/have been satisfied and paid in full.

Dated:   October 22, 2015

THOMAS E. DELAHANTY II
United States Attorney


 /s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
207-780-3257
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2015, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                    THOMAS E. DELAHANTY II
                                    United States Attorney


                                    <u>/s/ Andrew K. Lizotte</u>
                                    ANDREW K. LIZOTTE
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    100 Middle Street, East Tower, 6th Floor
                                    Portland, Maine 04101
                                    207-780-3257
                                    Andrew.Lizotte@usdoj.gov